■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL L. HOLLAND, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: Defendant argues, and the People concede, that his conviction of vehicular manslaughter requires reversal of his convictions of the lesser included offenses of criminally negligent homicide and driving while intoxicated. Accordingly, those convictions are reversed, the sentences imposed thereon vacated and counts two and four of the indictment dismissed *(see, People v Eccleston,* 161 AD2d 1184). We do not find defendant's sentence to be harsh and excessive. (Appeal from Judgment of Erie County Court, La Mendola, J.—Vehicular Manslaughter, 2nd Degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Balio, JJ.

■ MARTHA L. DEED, Appellant, v KENNETH N. CONDRELL et al., Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Order of Supreme Court, Erie County, Fallon, J.—Dismiss Complaint.) Present—Doerr, J. P., Denman, Boomer, Pine and Balio, JJ. *[See,* 150 Misc 2d 279.]

■ MANSOR MASRI, Appellant, v ROYAL INDEMNITY COMPANY et al., Respondents.—Order unanimously affirmed with costs for the reasons stated at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Dismiss Complaint.) Present—Doerr, J. P., Denman, Boomer, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WARE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Seneca County Court, Falvey, J.—Offering False Instrument for Filing.) Present—Callahan, A. P. J., Boomer, Green, Lawton and Davis, JJ.